IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02365-CMA-KLM

NAZARIO MEDINA,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [Docket No. 7; Filed September 28, 2011].

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for November 14, 2011, at 11:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **October 21, 2011**.

    Dated:  September 28, 2011