IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02365-CMA-KLM

NAZARIO MEDINA,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Court having reviewed Plaintiff's Notice of Dismissal With Prejudice (Doc. # 9), it is hereby

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

    DATED: October __13__, 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge